### 21691. FITZGERALD v. PERSONAL LOAN SERVICE INCORPORATED.

BROYLES, C. J. Under the agreed statement of facts the judge of the municipal court of Atlanta, sitting without the intervention of a jury, did not err in rendering judgment in favor of the plaintiff for the full amount sued for, nor thereafter in refusing to grant a new trial. The appellate division of the court properly affirmed the judgment overruling the motion for a new trial, and the judge of the superior court did not err in refusing to sanction the petition for certiorari.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 11, 1931.

*Noah J. Stone,* for plaintiff in error.  *J. L. R. Boyd, Orin J. Bundy, V. K. Meador,* for persons at interest.

*John F. Echols,* contra.